UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ABDELNASER ELMANSOURY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF GARDEN GROVE, ET AL.,<br><br>　　　　　Defendants. | No. SACV 17-01269-DOC (DFMx)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 36). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Defendants' motion to dismiss is granted in part and Defendants' motion to strike Plaintiff's prayer for damages under Cal. Civ. Code §§ 52 and 52.1 is granted. Plaintiff's claims under Monell v. Dep't. of Soc. Servs. of City of New York, 436 U.S. 658 (1978), are

dismissed without leave to amend. Plaintiff's conspiracy claim against Defendants Coughran, Ashbaugh, Loera, and Marchand, as well as Plaintiff's direct negligence claim against the City of Garden Grove, are dismissed with leave to amend.  Plaintiff may file a third amended complaint, if desired, in accordance with this order, on or before 14 days of the date of entry of this order.

Dated: June 25, 2018

*David O. Carter*

DAVID O. CARTER
United States District Judge